# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

149183

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GERALD L. POLLACK & ASSOCIATES, INC.,
        Plaintiff/
        Counter-Defendant-Appellee,

v

LOREN POLLACK,
        Defendant/
        Counter-Plaintiff-Appellant,

v

RONALD M. BARRON, ALEX KOCOVES,
and BARRON, ROSENBERG, MAYORAS &
MAYORAS, PC,
        Counter-Defendants/
        Third-Party Defendants-Appellees.

SC: 149183
COA: 319180
Oakland CC: 2010-108947-CK

_____/

      On order of the Court, the application for leave the January 29, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



t0616

                              Clerk